E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10430-GHK(AGRx) | Date | AUGUST 6, 2012 |
|---|---|---|---|
| Title | REBECCA BOHN vs. PHARMAVITE, LLC | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** |
|---|---|

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| (NONE) | (NONE) |

**Proceedings:** **(IN CHAMBERS) ORDER ENTERING SCHEDULING DATES**

We have considered the Joint Report of Parties' Planning Meeting. We now enter the following scheduling order:

1. Any stipulation or motion to amend as to any claims, defenses and/or parties shall be lodged/filed by no later than September 4, 2012 failing which it shall be deemed that party's waiver of any such amendments in this action.

2. Any motion for class certification shall be filed in strict compliance with the Local Rules by no later than January 18, 2013. The proposed briefing schedule is excessive. Defendants shall file their opposition by no later than February 8, 2013, and plaintiffs shall file a reply by no later than March 1, 2013. The matter will be taken under submission thereafter without oral argument, unless otherwise ordered by the court. If plaintiffs fail to timely and properly file their motion for class certification as ordered herein, the class allegations will be stricken. In that event, this action will proceed as the individual action of the named plaintiff only.

3. All discovery (fact and expert) shall be COMPLETED by no later than July 22, 2013. Completion means that any discovery that is not received in hand by the requesting party by the completion date will be denied. If any discovery motions are necessary, the parties shall ensure that they are calendared and heard by the magistrate judge sufficiently in advance of the completion date to permit actual production, by the completion date, of any discovery the judge might order.

4. The parties shall designate their expert witnesses, if any, and make the required disclosures by no later than June 7, 2013, and do likewise for any rebuttal expert witnesses by no later than July 5, 2013.

5. The parties shall comply with Local Rule 16-15 by no later than August 16, 2013. The parties elect to go to private mediation. We approve this election. If the case is resolved, counsel shall notify the court clerk forthwith. If the case is not resolved, counsel shall file a joint status report with the court within 48 hours of termination of mediation.

6. No motion for summary judgment may be filed without a joint certification by counsel that they have complied in good faith with Local Rule 16-15 as set forth above. Any motion for summary judgment shall be filed in compliance with the Local Rules, as well as our Order Re: Summary Judgment Motions issued concurrently herewith, by no later than September 27, 2013, and noticed for hearing thereafter regularly under the

E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-10430-GHK(AGRx) | Date | AUGUST 6, 2012 |
|---|---|---|---|
| Title | REBECCA BOHN vs. PHARMAVITE, LLC | | |

Local Rules. Any untimely or non-conforming motion will be denied. Any motion for summary judgment that is filed without a certification of compliance with Local Rule 16-15 as set forth above will be stricken and denied.

      7. The court will set pre-trial conference and trial dates, if necessary, after resolution of the summary judgment motion(s), if any.

      8. Failure by any party and/or counsel to strictly comply with the Federal and Local Rules, as well as our Orders, will result in the imposition of an appropriate sanction against the offending party/counsel.

      9. To the extent the parties have proposed different scheduling dates than those set forth herein, the parties' suggestions are rejected.

      **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| | Initials of Preparer | | Bea |