René P. Tatro (State Bar No. 78383)
Juliet A. Markowitz (State Bar No. 164038)
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, CA 90071
Telephone: (213) 225-7171
Facsimile: (213) 225-7151
Email: renetatro@ttsmlaw.com
        jmarkowitz@ttsmlaw.com

Joseph M. Price (*Admitted pro hac vice*)
Bridget M. Ahmann (*Admitted pro hac vice*)
Shane A. Anderson (*Admitted pro hac vice*)
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Email:      Joseph.Price@FaegreBD.com
            Bridget.Ahmann@FaegreBD.com
            Shane.Anderson@FaegreBD.com

Attorneys for Defendant Pharmavite LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA BOHN and CINDIE TRUJILLO, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMAVITE LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:11-cv-10430-GHK (AGRx)<br><br>**DECLARATION OF JULIET A. MARKOWITZ IN SUPPORT OF PHARMAVITE LLC'S REQUEST FOR LEAVE TO FILE A SUR-REPLY IN RESPONSE TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date:        N/A – No hearing<br>Time:        N/A – No hearing<br>Courtroom:   650<br><br>Judge: Hon. George H. King |

I, JULIET A. MARKOWITZ, declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California and before this Court.  I am a partner in the law firm of Tatro Tekosky Sadwick LLP, counsel of record for defendant Pharmavite LLC.  Unless otherwise stated, I have personal knowledge of the matters set forth in this declaration and, if called as a witness in this action, I could and would testify competently thereto.

2.     Attached hereto as Exhibit 1 is a true and correct copy Exhibit 8 to the Declaration of Oleg Elkhunovich in Support of Plaintiff's Motion for Class Certification, bates stamped BOHN00032, and previously filed at page 20 of Doc. 130.

3.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the deposition of plaintiff Rebecca Bohn taken in this action on February 4, 2013.

4.     Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Plaintiff's Responses to Pharmavite LLC's First Interrogatories dated November 5, 2012, verified by Plaintiff on January 29, 2013.

5.     Attached hereto as Exhibit 4 is a true and correct copy of a printout of a Costco web page entitled "Member Privileges & Conditions," located at http://www.costco.com/member-privileges-conditions.html.

6.     I participated in the in-person meet and confer in connection with Plaintiff's motion for class certification, which took place at my firm's office on February 19, 2013.  Patricia Syverson, Esq. attended on behalf of Plaintiff. During that conference, I told Ms. Syverson that we believe that Plaintiff Rebecca Bohn is not an adequate or typical representative because she has serious credibility issues.  Ms. Syverson did not inquire as to the specifics of the credibility issues; instead, she dismissed the suggestion entirely, declared that Rebecca Bohn is credible, and moved on to other matters.

MARKOWITZ DECLARATION IN SUPPORT OF PHARMAVITE'S REQUEST TO
FILE SUR-REPLY IN RESPONSE TO PL'S REPLY RE CLASS CERTIFICATION
CASE NO. 2:11-cv-10430-GHK (AGRx)

7.     I also attended the deposition of Rebecca Bohn that took place at my firm's office on February 4, 2013.  Ms. Syverson appeared via telephone at that deposition, and her colleague Lindsey Gomez-Grey, Esq. attended in person.  At the deposition, Ms. Gomez-Grey provided us with the bottle of Nature Made 350-count 400 I.U. water solubilized vitamin E that Rebecca Bohn claimed to have purchased at Costco, so that we could look at it, photocopy the labels, photograph the bottle, and count the number of softgels remaining.  During the deposition, in full view of Plaintiff, Ms. Gomez-Grey and the others in the room, I counted the number of softgels remaining in the 350-count bottle.  I counted 232 softgels remaining.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 24th day of June 2013 in Los Angeles, California.

By _____
                    Juliet A. Markowitz

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2013, I electronically filed

**DECLARATION OF JULIET A. MARKOWITZ IN SUPPORT OF DEFENDANT PHARMAVITE LLC'S REQUEST FOR LEAVE TO FILE A SUR-REPLY IN RESPONSE TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Patricia N. Syverson, Esq.
Bonnett, Fairbourn, Friedman & Balint, P.C.
2325 E. Camelback Road, Ste 300
Phoenix, AZ 85016
Fax: (602) 274-1199
psyverson@bffb.com

Howard J. Sedran, Esq.
Levin Fishbein Sedran & Berman
510 Walnut Street
Philadelphia, PA 19106
Fax: (215) 592-4663
hsedran@lfsblaw.com

Stewart M. Weltman, Esq.
Steward M. Weltman, LLC
53 W. Jackson, Suite 364
Chicago, IL 60604
(Of Counsel Levin Fishbein Sedran & Berman)
sweltman@weltmanlawfinn.com

Olga Elkhunvoich, Esq. Steven
G. Sklaver Esq. Kalpana
Srinivasan, Esq. Marc M.
Seltzer, Esq. Susman Godfrey
L.L.P.
1901 Avenue of the Starts, Suite 950
Los Angeles, CA 90067
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

*/s/ Karen L. Roberts*
Karen L. Roberts