**FILED: 8/29/13**

1
2
3
4
5
6
7
8      UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA
10
11  REBECCA BOHN, On Behalf of      Case No.: 2:11-cv-10430-GHK-AGR
    Herself and All Others Similarly
12  Situated,                       CLASS ACTION
13           Plaintiff,
14                                  [~~PROPOSED~~] **ORDER GRANTING**
                                    **JOINT REQUEST FOR**
15       v.                         **CONTINUANCE OF MEDIATION**
                                    **COMPLETION DEADLINE**
16  PHARMAVITE, LLC, a California
    limited liability company,
17
18           Defendant.
19
20
21
22
23
24
25
26
27
28

1  This cause has come before the Court upon the joint request of the parties for an
2  extension of the current deadline to complete mediation.  The Court, having carefully
3  considered the request and good cause appearing, hereby **ORDERS, ADJUDGES and**
4  **DECREES** that the parties may complete mediation by December 9, 2013.  All other
5  deadlines in this case remain unchanged.

7  **IT IS SO ORDERED.**

10  DATED:   8/29/13              _____
                                  HONORABLE GEORGE H. KING
11                                CHIEF UNITED STATES DISTRICT JUDGE