1  René P. Tatro (State Bar No. 78383)
   Juliet A. Markowitz (State Bar No. 164038)
2  TATRO TEKOSKY SADWICK LLP
   333 S. Grand Avenue, Suite 4270
3  Los Angeles, CA  90071
   Telephone:  (213) 225-7171
4  Facsimile:   (213) 225-7151
   Email:  renetatro@ttsmlaw.com
5          jmarkowitz@ttsmlaw.com

6  *Additional counsel listed in signature block*
   Attorneys for Defendant Pharmavite LLC
7

8  MARC M. SELTZER (054534)
   mseltzer@susmangodfrey.com
9  STEVEN G. SKLAVER (237612)
   ssklaver@susmangodfrey.com
10 KALPANA SRINIVASAN (237612)
   ksrinivasan@susmangodfrey.com
11 OLEG ELKHUNOVICH (269238)
   oelkhunovich@susmangodfrey.com
12 SUSMAN GODFREY L.L.P.
   1901 Avenue of the Stars, Suite 950
13 Los Angeles, CA 90067
   Telephone:  (310) 789-3100
14 Fax:  (310) 789-3150

15 *Additional counsel listed in signature block*
   Attorneys for Plaintiff
16

17              UNITED STATES DISTRICT COURT

18              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA BOHN and CINDIE TRUJILLO, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMAVITE, LLC, a California limited liability company,<br><br>Defendant. | Case No.: 2:11-cv-10430-GHK-AGR<br><br>CLASS ACTION<br><br>**JOINT REQUEST FOR SIX-WEEK CONTINUANCE OF SUMMARY JUDGMENT MOTION DEADLINE**<br><br>**[PROPOSED] ORDER SUBMITTED HEREWITH**<br><br>Judge:  The Hon. George H. King<br>Courtroom: 650 |

Defendant Pharmavite LLC ("Pharmavite") and Plaintiff Rebecca Bohn ("Plaintiff") jointly request that the October 28, 2013 deadline to file motions for summary judgment (D.E. 160) be continued six weeks, to December 9, 2013. Good cause exists to extend this deadline because both the posture of the case – which currently is proceeding as an individual action by a single plaintiff, Rebecca Bohn – and appropriate motions for summary judgment or partial summary judgment, likely will change significantly depending on the Court's ruling on Plaintiff's pending motion to amend the complaint to substitute a new putative class representative. The parties thus respectfully request that the deadline to file summary judgment motions be continued to allow the Court to first rule on Plaintiff's pending motion.

The relevant procedural history is as follows: On August 7, 2013, the Court issued an Order denying Plaintiff's motion for class certification. D.E. 157. On August 21, 2013, Plaintiff filed a motion for leave to amend the complaint to substitute a new named plaintiff. D.E. 161-162. The parties agreed on an expedited schedule for the briefing of the motion, such that it was fully briefed and submitted to the Court for decision by August 28, 2013. D.E. 165. The motion was set for hearing on September 23, 2013, which hearing was taken off calendar by the Court. D.E. 167. The parties currently are awaiting the Court's ruling on the motion.

Based on the posture of the case before the Court ruled on Plaintiff's motion for class certification, Pharmavite anticipated bringing a motion for summary judgment or partial summary judgment, and had been researching and planning to meet and confer on the motion. On August 19, 2013 – after the Court denied class certification and after the parties had met and conferred about Plaintiff's motion to amend the complaint, but before the motion was filed – the parties jointly requested a 30-day extension of the September 27, 2013 deadline for summary judgment motions, believing such continuance would be sufficient to allow the parties to

brief, and the Court to decide, the then-anticipated motion for leave to amend the complaint. D.E. 159. The Court granted the joint request, and continued the deadline to file summary judgment motions 30 days, to October 28, 2013. D.E. 160.

At this time, the case is proceeding as an individual action, and it is unknown whether leave will be granted to file a fourth amended complaint adding a new putative class representative. Appropriate motions for summary judgment or partial summary judgment likely will change depending on the Court's ruling on Plaintiff's motion to amend the complaint. Because the deadline to meet and confer about summary judgment motions is next week, October 8, 2013, the parties respectfully request a further brief continuance of the deadline to file a motion for summary judgment (which, if filed now, would address only plaintiff Rebecca Bohn's individual claim), to allow the Court to first rule on Plaintiff's motion to amend. Otherwise, the parties would have to begin working on their respective sections of the summary judgment motion regarding Ms. Bohn's individual claim while awaiting the Court's ruling on Plaintiff's motion. A brief continuance of six weeks would save the parties significant time and expense, inasmuch as they will be permitted to do the bulk of the summary judgment briefing after the Court has ruled on Plaintiff's motion to amend the complaint.

Dated: October 2, 2013

Respectfully submitted,
TATRO TEKOSKY SADWICK LLP

By: */s/ Juliet A. Markowitz*
RENÉ P. TATRO (78383)
JULIET A. MARKOWITZ (164038)
333 S. Grand Avenue, Suite 4270
Los Angeles, CA 90071
T: (213) 225-7171
F: (213) 225-7151

2
JOINT REQUEST FOR 6-WEEK CONTINUANCE OF MSJ DEADLINE
CASE NO. 2:11-CV-10430-GHK (AGRx)

|   |   |
|---|---|
|   | FAEGRE BAKER DANIELS LLP<br>JOSEPH M. PRICE* (88201)<br>BRIDGET M. AHMANN* (16611)<br>SHANE A. ANDERSON* (386531)<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-3901<br>T: (612) 766-7000<br>F: (612) 766-1600<br><br>Attorneys for Defendant Pharmavite LLC |
| Dated: October 2, 2013 | MARC M. SELTZER<br>STEVEN G. SKLAVER<br>KALPANA SRINIVASAN<br>OLEG ELKHUNOVICH<br>SUSMAN GODFREY L.L.P.<br><br>STEWART M. WELTMAN*<br>STEWART M. WELTMAN, LLC<br>(Of Counsel Levin Fishbein Sedran& Berman)<br><br>ELAINE A. RYAN*<br>PATRICIA N. SYVERSON<br>LINDSEY M. GOMEZ-GRAY*<br>BONNETT, FAIRBOURN, FRIEDMAN<br>  & BALINT, P.C.<br><br>By: /s/ *Oleg Elkhunovich*<br>      Oleg Elkhunovich<br><br>Attorneys for Plaintiff<br><br>*Admitted pro hac vice* |

3

**JOINT REQUEST FOR 6-WEEK CONTINUANCE OF MSJ DEADLINE**
**CASE NO. 2:11-CV-10430-GHK (AGRx)**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2013, I electronically filed

**JOINT REQUEST FOR SIX-WEEK CONTINUANCE OF SUMMARY JUDGMENT MOTION DEADLINE**

with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Patricia N. Syverson, Esq.
Bonnett, Fairbourn, Friedman & Balint, P.C.
2325 E. Camelback Road, Ste 300
Phoenix, AZ  85016
Fax: (602) 274-1199
psyverson@bffb.com

Stewart M. Weltman, Esq.
Steward M. Weltman, LLC
53 W. Jackson, Suite 364
Chicago, IL 60604
(Of Counsel Levin Fishbein Sedran & Berman)
sweltman@weltmanlawfirm.com

Olga Elkhunvoich, Esq.
Steven G. Sklaver, Esq.
Kalpana Srinivasan, Esq.
Marc M. Seltzer, Esq.
Susman Godfrey L.L.P.
1901 Avenue of the Starts, Suite 950
Los Angeles, CA 90067
Fax: (310) 789-3150
mseltzer@susmangodfrey.com

Howard J. Sedran, Esq.
Levin Fishbein Sedran & Berman
510 Walnut Street
Philadelphia, PA  19106
Fax: (215) 592-4663
hsedran@lfsblaw.com

Manfred Muecke, Esq.
  Bonnett, Fairbourn, Friedman & Balint, P.C.
600 West Broadway, Suite 900
San Diego, CA  92101; Fax (602) 274-1199
mmuecke@bffb.com

                                        /s/ *Karen L. Roberts*
                                        Karen L. Roberts