**FILED: 10/7/13**

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA BOHN, and CINDIE TRUJILLO, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHARMAVITE, LLC, a California limited liability company,<br><br>Defendant. | Case No.: 2:11-cv-10430-GHK-AGR<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST TO CONTINUE SUMMARY JUDGMENT MOTION DEADLINE TO NOVEMBER 12, 2013** |

1   This cause has come before the Court upon the joint request of the parties for an
2   extension of the current deadline to file motions for summary judgment. The Court,
3   having carefully considered the request and good cause appearing, hereby **ORDERS,**
4   **ADJUDGES and DECREES** that the parties may file motions for summary judgment
5   by November 12, 2013. All other deadlines in this case remain unchanged.

7   **IT IS SO ORDERED.**

10  DATED:   10/7/13                    _____
                                        HONORABLE GEORGE H. KING
11                                      CHIEF UNITED STATES DISTRICT JUDGE