MARC M. SELTZER (054534)
mseltzer@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KALPANA SRINIVASAN (237612)
ksrinivasan@susmangodfrey.com
OLEG ELKHUNOVICH (269238)
oelkhunovich@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Fax: (310) 789-3150

Attorneys for Plaintiff
(See signature page for
additional attorneys for Plaintiff)

René P. Tatro (State Bar No. 78383)
renetatro@ttsmlaw.com
Juliet A. Markowitz (State Bar No. 164038)
jmarkowitz@ttsmlaw.com
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, CA 90071
Telephone: (213) 225-7171
Fax: (213) 225-7151

Attorneys for Defendant
(See signature page or
additional attorneys for Defendant)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

REBECCA BOHN, On Behalf of Herself and All Others Similarly Situated,

Plaintiff,

v.

PHARMAVITE LLC, a California limited liability company,

Defendant.

Case No.: 2:11-cv-10430-GHK-AGR

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**[FILED CONCURRENTLY WITH PROPOSED ORDER]**

Judge: The Hon. George H. King
Courtroom: 650

**IT IS HEREBY STIPULATED AND AGREED**, by and between the plaintiff Rebecca Bohn and defendant Pharmavite LLC that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action shall be dismissed without prejudice, with each party to bear her or its own costs and attorneys' fees.

Dated: October 23, 2013

MARC M. SELTZER
STEVEN G. SKLAVER
KALPANA SRINIVASAN
OLEG ELKHUNOVICH
SUSMAN GODFREY L.L.P.

STEWART M. WELTMAN *(pro hac vice)*
STEWART M. WELTMAN, LLC
(Of Counsel Levin Fishbein Sedran & Berman)

ELAINE A. RYAN *(pro hac vice)*
PATRICIA N. SYVERSON
LINDSEY M. GOMEZ-GRAY *(pro hac vice)*
BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

By: /s/ *Steven G. Sklaver*
Steven G. Sklaver

Attorneys for Plaintiff
Rebecca Bohn, On Behalf of Herself and All Others Similarly Situated

Dated: October 23, 2013

TATRO TEKOSKY SADWICK LLP

By: */s/ Juliet A. Markowitz*
RENÉ P. TATRO (78383)
JULIET A. MARKOWITZ (164038)
333 S. Grand Avenue, Suite 4270
Los Angeles, CA 90071
T: (213) 225-7171
F: (213) 225-7151

FAEGRE BAKER DANIELS LLP
JOSEPH M. PRICE *(pro hac vice)*
BRIDGET M. AHMANN *(pro hac vice)*
SHANE A. ANDERSON*(pro hac vice)*
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
T: (612) 766-7000
F: (612) 766-1600

Attorneys for Defendant Pharmavite LLC