MARC M. SELTZER (054534)
mseltzer@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KALPANA SRINIVASAN (237612)
ksrinivasan@susmangodfrey.com
OLEG ELKHUNOVICH (269238)
oelkhunovich@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone:  (310) 789-3100
Fax:  (310) 789-3150

JS-6

**FILED:  10/25/13**

Attorneys for Plaintiff
(See signature page for
 additional attorneys for Plaintiff)

René P. Tatro (State Bar No. 78383)
renetatro@ttsmlaw.com
Juliet A. Markowitz (State Bar No. 164038)
jmarkowitz@ttsmlaw.com
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, CA  90071
Telephone:  (213) 225-7171
Fax:   (213) 225-7151

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REBECCA BOHN, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PHARMAVITE LLC, a California limited liability company,<br><br>Defendant. | Case No.: 2:11-cv-10430-GHK-AGR<br><br>**ORDER RE STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>**[FILED CONCURRENTLY WITH STIPULATION OF DISMISSAL WITHOUT PREJUDICE]**<br><br>Judge:   The Hon. George H. King<br>Courtroom:  650 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Rebecca Bohn and Defendant Pharmavite LLC, having jointly stipulated to the dismissal of all claims without prejudice, and the Court having been duly advised thereof:

**IT IS HEREBY ORDERED** that all claims and causes of action alleged by Plaintiff Rebecca Bohn are dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear her or its costs and attorneys' fees.

IT IS SO ORDERED.

Dated: _____10/25_____, 2013

_____
George H. King
Chief United States District Judge

2914904v1/013613